FILED
December 29, 2014
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Court of Appeals
Third District of Texas

RECEIVED
DEC 29 2014
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Shaine Carl Cagle,
Appellant,

v.

Dona Gail Andrews, Sarah L. Cagle
Respondant, the child

Cause No. 13-14-00636-CV

Motion Requesting Waiver or ~~Deferral~~ Deferral of fees for the County Courts Record.

Honorable Justice

Comes now the Appellant, in the above-titled cause. Appellant, respectfully requests any and all fees associated, continue to be waived or defered in this case. Appellant, reminds the Court his application to proceed (In Forma Pauperis) was uncontested by the lower court on Nov. 3rd 2014. Appellant, filed this appeal due to the fact that the trial court refused to respond to any of his motions, requests, communications to the Court at any time since the month of June 2014. Appellant filed an Motion to produce the record once again on, 12/15/14 to the trial court and copied this court the motion.

Appellant will remind the court he is a Pro se litigant with no access to Texas family law or Appellet law. Please see motion Nov. 19, 2014. He is a Arizona Prisoner and is flying by the seat of his pants. If there is some form he can sign or anything to defer payment please mail it to this location.

Respectfully submitted this 22nd Day of December 2014

Shaine Cagle / Appellant
Pro se / In forma Pauperis
A Prisoner

1 of 3

Case No. 42697

| | |
|---|---|
| In the Matter of the Marriage of | In The County Court AT Law |
| | "Notice of Record" Copy Motion Requesting the Waiving of or Deferal of fee to Produce the Record to the Third District Court of Appeals of Texas, Case No. 13-14-00636-CV |
| Donna Gail Andrews, Petitioner, v. | |
| Shaine Carl Cagle Respondant and | |
| Sarah Louise Cagle the child | Burnet County Texas |

Respondant's application to proceed (In Forma Pauperis) was uncontested by this court and accepted by the Third District. Respondant requests the record be produced th to the Third District of Texas with the fee being waived or Defered. Respondant has filed numerous motions to this court regarding this case and this court has failed to respond to all of his Communications, to date.

Respectfully submitted this 22nd Day of December 2014

Shaine Cagle
Pro Se / In Forma Pauperis
A Prisoner

2 of 3

# Certificate of service

Dear Clerk

    Appellant, is indigent and is in no way accessible to copy and forward. Please forward in his behalf Please.

        The Court                 original

       Burnet County Court

1701 E. Polk st. suite 90               Copy
Burnet, TX 78611

       Respondant's Counsel

Kimberly Ashby s Esq.              Copy
1003 Berry st.
Llano, TX. 78643

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Cagle Shane

ADC # 079834

Arizona State Prison Complex Eyman

Unit Cook K

P.O. Box 3200

City Florence AZ 85132

LEGAL MAIL
ARIZONA DEPT OF CORRECTIONS

Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX.
78711-2547

78711325547

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M $00.480
0004239340 DEC 24 2014
MAILED FROM ZIP CODE 85132